## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL NO. 15-00102-CG** |
| | ) | **CRIMINAL NO. 15-00179-CG** |
| **DSD SHIPPING, AS,** | ) | |
| **BO GAO,** | ) | |
| **XIAOBING CHEN, and** | ) | |
| **XIN ZHONG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This cause is before the court on the request by the U.S. Probation Office that the sentencing hearings in the above referenced cases, currently set for February 11, 2016, be rescheduled due to an excess volume of preliminary investigation reports being due during the early part of January 2016, and due to a shortage of staff.

Upon due consideration, Probation's request is **GRANTED**.  The sentencing hearings in these matters are hereby **RESCHEDULED** for **Tuesday, March 1, 2016**, to be held in Courtroom 2B, United States Courthouse, Mobile, Alabama.  The times are set as follows:

| | |
|---|---|
| Defendant DSD Shipping, AS | 1:30 p.m. |
| Defendant Bo Gao | 2:00 p.m. |
| Defendant Xiaobing Chen | 2:30 p.m. |
| Defendant Xin Zhong | 3:00 p.m. |

The deadline for completion of the presentence investigation reports by U. S. Probation and for disclosure of the report to the parties is extended to **January**

**26, 2016**.

The deadline for the parties to file their "Positions with Respect to Sentencing Factors" in accordance with Criminal Local Rule 32(B)(4) is extended to **February 16, 2016**.

The Defendants are **ORDERED** to be present for said hearings.

**DONE and ORDERED** this 19th day of November, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE